UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:18-cr-00293-2 |
| ) | |
| [2] JASON SANDOVAL ) | Judge Frensley |
| a/k/a "Jason Sandovol" ) | |
| a/k/a "Jason Sandaval" ) | |
| a/k/a "Cuervo" ) | |
| a/k/a "Bin Laden" ) | |

### Notice of Waiver of Rights Under the Interstate Agreement on Detainers Act

Assistant United States Attorney, Ahmed A. Safeeullah, and Jason Sandoval, by and through his attorney, Erik Herbert, hereby files this Notice of Waiver of Rights Under the Interstate Agreement on Detainers Act (IADA), 18 U.S.C. App. §2 Art. IV(e).

The defendant in the above captioned case has been advised that pursuant to this federal prosecution, a Detainer will be or has been filed against him. Once a Detainer is filed and the defendant is thereafter transported to federal court, the defendant has the right under the Interstate Agreement on Detainers Act (IADA), 18 U.S.C. App. §2 Art. IV(e), to remain in federal custody until final disposition of the charges against him. Having been informed of this right, the defendant hereby expressly waives such right under said IADA, specifically, the right to remain in temporary federal custody pending the final disposition of the above captioned case, and requests that the United State Marshal return him to the jurisdiction with original custody – The Tennessee Department of Corrections.

The Defendant in the above captioned case has also been advised that the IADA provides for the disposition of his case within certain time frames. Having been informed of this right, the

1

Defendant hereby expressly waives such right under said IADA, and requests that the disposition of his case instead be governed exclusively by the Speedy Trial Act of 1974, Title 18 U.S.C. 3161.

Furthermore, the defendant agrees to submit writs to this Court in order to be transported to federal court for proceedings in this matter.

Respectfully submitted,<br>
DONALD Q. COCHRAN<br>
United States Attorney<br>
<br>
By: *s/ Ahmed A. Safeeullah*<br>
AHMED A. SAFEEULLAH<br>
Assistant United States Attorney<br>
110 Ninth Avenue, South, Suite A961<br>
Nashville, TN 37203<br>
Phone: (615) 736-5151

CONSENT:

/s/ Erik R. HerbertJanuary 28, 2021
ATTORNEY FOR DEFENDANTDATE
Erik R. Herbert, #18698