UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:18-cr-00293-2 |
| | ) | |
| [2] JASON SANDOVAL | ) | Judge Frensley |
| a/k/a "Jason Sandovol" | ) | |
| a/k/a "Jason Sandaval" | ) | |
| a/k/a "Cuervo" | ) | |
| a/k/a "Bin Laden" | ) | |

## ORDER

On January 28, 2021, the defendant appeared before the Court for an initial appearance and arraignment on the First Superseding Indictment in this case. At this hearing, the defendant, through his retained counsel, requested to be returned to the custody of the State of Tennessee. As referenced in Notice of Waiver of Rights Under the Interstate Agreement on Detainers Act (IADA), filed by the parties, the defendant acknowledges that he has been advised that he has the right to remain in federal custody pursuant to the IADA. The defendant has expressly waived this right, requested to be returned to the custody of the State of Tennessee, and agreed to file writs with the Court in order to be returned to federal court for proceedings.

Based on the foregoing, this Court hereby ORDERS the defendant to be returned to the custody of the Tennessee Department of Corrections.

_____
JEFFREY S. FRENSLEY
UNITED STATES MAGISTRATE JUDGE

Dated:_____

3