UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:18-cr-00293-8 |
| ) | JUDGE RICHARDSON |
| LUIS COLINDRES ) | |
| ) | |

**ORDER**

The Motion to Exclude Mr. Colindres' Statements (Doc. No. 396) is DENIED for the reasons stated on the record at the conclusion of the evidentiary hearing on the motion.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE