UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:18-cr-00293 |
| | ) | |
| | ) | JUDGE RICHARDSON |
| | ) | |
| CARLOS OCHOA-MARTINEZ | ) | |

## UNITED STATES' MOTION TO TERMINATE COUNSEL

The United States moves this Court to terminate Brooke Farzad, Assistant United States Attorney, as the attorney of record for the United States in this case. Assistant United States Attorney Ahmed A. Safeeullah and Phillip Wehby will remain as counsel for the government.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

/s/ *Ahmed Safeeullah*
AHMED SAFEEULLAH
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, a copy of the foregoing document was filed on CM/ECF, and an electronic copy will be provided to defense counsel.

/s/ *Ahmed Safeeullah*
Ahmed Safeeullah
Assistant United States Attorney